1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| ROBIN FRAZIER,<br><br>               Plaintiff,<br><br>   v.<br><br>HOLLAND AMERICA LINE INC., et al.,<br><br>               Defendant. | CASE NO. 2:20-CV-163-RSL-DWC<br><br>INITIAL PRETRIAL SCHEDULING ORDER |

Pursuant to Fed. R. Civ. P. 16(b), Local Civil Rule LCR 16(b), and the parties' Joint Status Report and Discovery Plan (Dkt. 19), the Court establishes the following schedule:

| **Event** | **Date** |
|---|---|
| Initial disclosures | April 20, 2020 |
| Last date for joinder of additional parties | August 1, 2020 |
| Last date to amend the pleadings | August 1, 2020 |
| Fact discovery completed by | December 1, 2020 |
| Disclosure of expert witnesses | February 1, 2021 |
| Disclosure of rebuttal witnesses | March 1, 2021 |

INITIAL PRETRIAL SCHEDULING ORDER - 1

| Last date to file motions related to discovery | April 29, 2021 |
|---|---|
| Expert discovery completed by | June 1, 2021 |
| Last date to file and serve dispositive motions | July 1, 2021 |

These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties. The Court will alter these dates only upon good cause shown; failure to complete discovery within the time allowed is not recognized as good cause.

Dispositive Motions

Any dispositive motion shall be filed and served on or before **July 1, 2021**. Pursuant to LCR 7(b), any argument being offered in support of a motion shall be submitted as a part of the motion itself and not in a separate document. The motion shall include in its caption (immediately below the title of the motion) a designation of the date the motion is to be noted for consideration upon the Court's motion calendar. Dispositive motions shall be noted for consideration on a date no earlier than the fourth Friday following filing and service of the motion. LCR 7(d)(3).

All briefs and affidavits in opposition to any motion shall be filed and served pursuant to the requirements of Rule 7 of the Federal Rules of Civil Procedure and LCR 7. The party making a motion may file and serve a reply to the opposing party's briefs and affidavits. Any reply brief shall also be filed and served pursuant to the requirements of Rule 7 of the Federal Rules of Civil Procedure and LCR 7.

Settlement Conference

A settlement conference conducted between the close of discovery and the filing of dispositive motions requires a face-to-face meeting or a telephone conference between persons

with authority to settle the case. The settlement conference does not have to involve a third-party neutral.

Should this case settle, counsel shall notify the Deputy Clerk as soon as possible. Pursuant to LCR 11(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

Privacy Policy

Pursuant to Federal Rule of Civil Procedure 5.2 and LCR 5.2, parties must redact the following information from documents and exhibits before they are filed with the court:

- Dates of Birth: redact to the year of birth
- Names of Minor Children: redact to the initials
- Social Security Numbers and Taxpayer Identification Number: redact in their entirety
- Financial Accounting Information: redact to the last four digits
- Passport Numbers and Driver License Numbers: redact in their entirety

All documents filed in the above-captioned matter must comply with Federal Rule of Civil Procedure 5.2 and LCR 5.2.

Cooperation

As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible. Counsel are further directed to cooperate in preparing the final pretrial order in the format required by LCR 16.1, except as ordered below.

Proof of Service and Sanctions

All motions, pretrial statements and other filings shall be accompanied by proof that such documents have been served upon counsel for the opposing party or upon any party acting *pro se*. The proof of service shall show the day and manner of service and may be by written

acknowledgment of service, by certificate of a member of the bar of this Court, by affidavit of the person who served the papers, or by any other proof satisfactory to the Court.  Failure to comply with the provisions of the Order can result in dismissal/default judgment or other appropriate sanctions.

The Clerk of Court is directed to send a copy of this Order to all parties of record.

Dated this 7th day of April, 2020.

David W. Christel
United States Magistrate Judge