UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBIN FRAZIER,

            Plaintiff,

   v.

HOLLAND AMERICA LINE INC., et al.,

            Defendants.

CASE NO. 2:20-CV-163-RSL-DWC

AMENDED INITIAL PRETRIAL SCHEDULING ORDER

The parties have filed a Joint Motion to Continue Dates and Modify the Scheduling Order. Dkt. 21. After considering the relevant record, the Joint Motion (Dkt. 21) is granted and the Initial Pretrial Scheduling Order is amended as follows:

| **Event** | **Date** |
|---|---|
| Fact discovery completed by | April 1, 2021 |
| Disclosure of expert witnesses | June 1, 2021 |
| Disclosure of rebuttal witnesses | July 1, 2021 |
| Last date to file motions related to discovery | August 30, 2021 |
| Expert discovery completed by | October 1, 2021 |
| Last date to file and serve dispositive motions | November 1, 2021 |

AMENDED INITIAL PRETRIAL SCHEDULING
ORDER - 1

All other portions of the Initial Pretrial Scheduling Order (Dkt. 20) remain in full force and effect.

Dated this 6th day of November, 2020.

*[signature]*

David W. Christel
United States Magistrate Judge