# IN THE UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBIN FRAZIER,<br><br>    Plaintiff,<br><br>v.<br><br>HOLLAND AMERICA LINE, INC.;<br>HOLLAND AMERICA LINE – USA, INC.;<br>HOLLAND AMERICA LINE N.V. dba<br>HOLLAND AMERICA LINE N.V., LLC.<br><br><br>    Defendants. | **CASE NO. 2:20-cv-00163-RSL-TLF**<br><br>**ORDER ON JOINT MOTION TO CONTINUE DATES AND MODIFY SCHEDULING ORDER** |

Before the Court is the Joint Motion of counsel to Continue Dates and Modify the Scheduling Order (Doc. 29) issued on December 6, 2021, to continue all dates by 150 days due to COVID and the inability to complete fact discovery. The Motion is GRANTED. The Court ORDERS:

| Event | Current Date | New Date |
|---|---|---|
| Fact Discovery Cut Off | April 1, 2022 | August 1, 2022 |
| Disclosure of Expert Witnesses | June 1, 2022 | October 1, 2022 |
| Disclosure of Rebuttal Witnesses | July 1, 2022 | November 1, 2022 |
| Last Date to File Motions Related to Discovery | August 29, 2022 | January 29, 2023 |
| Expert Discovery Completed By | October 1, 2022 | February 1, 2023 |
| Last Date to File and Serve Dispositive Motions | November 1, 2022 | March 1, 2023 |

April 18, 2022

*Theresa L. Fricke*
_____
U.S. MAGISTRATE JUDGE