IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBIN FRAZIER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br><br>HOLLAND AMERICA LINE, INC.;<br>HOLLAND AMERICA LINE – USA, INC.;<br>HOLLAND AMERICA LINE N.V. dba<br>HOLLAND AMERICA LINE N.V., LLC.<br><br><br>　　　　Defendants. | **CASE NO. 2:20-cv-00163-RSL-DWC**<br><br>**ORDER ON JOINT MOTION TO CONTINUE DATES AND MODIFY SCHEDULING ORDER** |

　　　　Before the Court is the Joint Motion of counsel to Continue Dates and Modify the Scheduling Order (Doc. 34) issued on July 25, 2022, to continue all dates by 90 days to allows the parties to complete fact discovery. The parties are requesting the following Modifications to the Scheduling Order:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Fact Discovery Cut Off | November 29, 2022 | February 28, 2023 |
| Disclosure of Expert Witnesses | January 30, 2023 | April 30, 2023 |
| Disclosure of Rebuttal Witnesses | March 1, 2023 | June 1, 2023 |
| Last Date to File Motions Related to Discovery | May 29, 2023 | July 29, 2023 |
| Expert Discovery Completed By | June 1, 2023 | September 1, 2023 |

1

| | | |
|---|---|---|
| Last Date to File and Serve Dispositive Motions | March 1, 2023 | September 15, 2023 |

The Premises Considered:

IT IS HEREBY ORDERED that the Joint Motion to Modify the Scheduling Order is hereby **GRANTED** and the new dates are as follows:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Fact Discovery Cut Off | November 29, 2022 | February 28, 2023 |
| Disclosure of Expert Witnesses | January 30, 2023 | April 30, 2023 |
| Disclosure of Rebuttal Witnesses | March 1, 2023 | June 1, 2023 |
| Last Date to File Motions Related to Discovery | May 29, 2023 | July 29, 2023 |
| Expert Discovery Completed By | June 1, 2023 | September 1, 2023 |
| Last Date to File and Serve Dispositive Motions | March 1, 2023 | September 15, 2023 |

Dated this 29th day of November, 2022.

*Theresa L. Fricke*
UNITED STATES MAGISTRATE JUDGE