THE HONORABLE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

ROBIN FRAZIER,

                Plaintiff,

v.

HOLLAND AMERICA LINE, INC.; HOLLAND AMERICA LINE – USA, INC.; HOLLAND AMERICA LINE N.V. dba HOLLAND AMERICA LINE N.V., LLC.

                Defendants.

No. 2:20-cv-00163-RSL-TLF

**ORDER OF DISMISSAL**

## ORDER

Based upon the foregoing Stipulation, Plaintiff's claims are hereby dismissed with prejudice and without costs.

Dated this __18th__ day of __September__, 2023.

_____
THE HONORABLE ROBERT S. LASNIK
United States District Court Judge

{29402-00962899;1}

ORDER OF DISMISSAL Case No. 2:20-cv-00163-RSL-TLF - Page 1

Le Gros Buchanan & Paul
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990